**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DIRECTV INC.

     Plaintiff,

vs.                                 CASE NO: 2:03-CV-73618
                                      JUDGE: O'MEARA

ROBERT W. MESSENGER III

     Defendant.
_____/

BRADLEY H. DARLING P63176
Attorney for Plaintiff
660 Woodward Ave., Suite 2290
Detroit, MI 48226-3506
(313) 465-7000

STEVEN WILLIAM P41766
BRIAN TRUBA P61752
UAW-DaimlerChrysler Legal Services Plan
Attorneys for Defendant Robert W.
Messenger III
7430 Second Avenue, Suite 1000
Detroit, Michigan 48202
(313) 872-4600
_____/

**ORDER**

At a session of said Court,
in the City of Ann Arbor, County of
Washtenaw, State of Michigan this
__25__ day of ____May____, 2006.

Present: Honorable O'Meara, District Court Judge

     Upon reading the parties' stipulation and the Court being otherwise fully

informed in the premises, NOW THEREFORE;

Dockets.Justia.com

IT IS ORDERED that:

1. The Judgment is vacated.

2. All outstanding garnishments will be stopped and released.

3. Stillman Law Office shall return any monies received by the Plaintiff in collection of the Judgment to the Defendant.

                                        s/John Corbett O'Meara  
                                        John Corbett O'Meara  
                                        United States District Judge

Dated: May 25, 2006

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DIRECTV INC.

    Plaintiff,

vs.                                          CASE NO: 2:03-CV-73618
                                                          JUDGE: O'MEARA

ROBERT W. MESSENGER III

    Defendant.
_____/

BRADLEY H. DARLING P63176
Attorney for Plaintiff
660 Woodward Ave., Suite 2290
Detroit, MI 48226-3506
(313) 465-7000

STEVEN WILLIAM P41766
BRIAN TRUBA P61752
UAW-DaimlerChrysler Legal Services Plan
Attorneys for Defendant Robert W.
Messenger III
7430 Second Avenue, Suite 1000
Detroit, Michigan 48202
(313) 872-4600
_____/

**PROOF OF SERVICE**

        I, BRIAN C. TRUBA being sworn, state that on _____, a

copy of Defendant's Motion to Set Aside Default, Affidavit, Brief and Proof of Service

was mailed to:

BRADLEY H. DARLING P63176
Attorney for Plaintiff
660 Woodward Ave., Suite 2290
Detroit, MI 48226-3506
(313) 465-7000

by placing the documents in the United States Mail, properly addressed, with first-class postage fully prepaid.

_____
BRIAN C. TRUBA

Subscribed and sworn to before me this\_\_\_\_ of _____, \_\_\_\_\_.

_____
Notary Public
Wayne County, Michigan

My commission expires: