IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIRECTV INC.

    Plaintiff,

vs.                                      CASE NO:  2:03-CV-73618
                                              JUDGE:  O'MEARA

ROBERT W. MESSENGER III

    Defendant.
_____/

BRADLEY H. DARLING P63176
Attorney for Plaintiff
660 Woodward Ave., Suite 2290
Detroit, MI 48226-3506
(313) 465-7000

STEVEN WILLIAM P41766
BRIAN TRUBA P61752
UAW-DaimlerChrysler Legal Services Plan
Attorneys for Defendant Robert W.
Messenger III
7430 Second Avenue, Suite 1000
Detroit, Michigan 48202
(313) 872-4600
_____/

## ORDER

At a session of said Court,
in the City of Ann Arbor, County of
Washtenaw, State of Michigan this
  25   day of      May           , 2006.

Present:  Honorable O'Meara, District Court Judge

Upon reading the parties' stipulation and the Court being otherwise fully informed in the premises, NOW THEREFORE;

IT IS ORDERED that:

1. The Judgment is vacated.

2. All outstanding garnishments will be stopped and released.

3. Stillman Law Office shall return any monies received by the Plaintiff in collection of the Judgment to the Defendant.

                                s/John Corbett O'Meara
                                John Corbett O'Meara
                                United States District Judge

Dated:  May 25, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIRECTV INC.

    Plaintiff,

vs.                               CASE NO: 2:03-CV-73618
                                   JUDGE: O'MEARA

ROBERT W. MESSENGER III

    Defendant.
_____/

BRADLEY H. DARLING P63176
Attorney for Plaintiff
660 Woodward Ave., Suite 2290
Detroit, MI 48226-3506
(313) 465-7000

STEVEN WILLIAM P41766
BRIAN TRUBA P61752
UAW-DaimlerChrysler Legal Services Plan
Attorneys for Defendant Robert W. Messenger III
7430 Second Avenue, Suite 1000
Detroit, Michigan 48202
(313) 872-4600
_____/

**PROOF OF SERVICE**

    I, BRIAN C. TRUBA being sworn, state that on _____, a copy of Defendant's Motion to Set Aside Default, Affidavit, Brief and Proof of Service was mailed to:

BRADLEY H. DARLING P63176
Attorney for Plaintiff
660 Woodward Ave., Suite 2290
Detroit, MI 48226-3506
(313) 465-7000

by placing the documents in the United States Mail, properly addressed, with first-class postage fully prepaid.

_____
BRIAN C. TRUBA

Subscribed and sworn to before me this\_\_\_\_ of _____, \_\_\_\_\_.

_____
Notary Public
Wayne County, Michigan

My commission expires: